# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jimmy W. Cupples,

    Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                     3:04-cv-574

Amsan LLC, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2007 Order.

Signed: March 30, 2007

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court